# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Chip Rasor,                                                                  Civil No. 04-4204 (DWF/FLN)

            Petitioner,

v.                                                                          **ORDER**

Donald L. Stine,

            Respondent.

___

Chip Rasor, *Pro Se*, #38917-004, Petitioner.

Erika Mozangue, Assistant United States Attorney, United States Attorney's Office, counsel for Respondent.

___

       Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 6, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

       **IT IS HEREBY ORDERED** that Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DENIED**.

Dated: June 6, 2005             <u>s/Donovan W. Frank</u>
                                       DONOVAN W. FRANK
                                       Judge of United States District Court